UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 1:12-CR-31-6-CAP-ECS |
| GERALD EASON, | |
| Defendant. | |

**O R D E R**

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 131], there being no objections thereto, the court receives the report and recommendation with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 26th day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge